**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust; and CALLENE MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, an Indiana company, <br><br> Defendant. | Case No. 2:25-cv-03899-JLS-AJR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> Hearing Date:     April 3, 2026 <br><br> Hon. Josephine L. Staton <br><br> Date: April 3, 2026 <br> Time: 10:30 a.m. <br><br> Judge: Hon. Josephine L. Staton <br> Courtroom: 8A <br> Complaint Filed: May 1, 2025 <br> Second Am. Compl. Filed: Oct. 31, 2025 |

On March 13, 2026, Plaintiffs filed an Application to File Under Seal ("Application").

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

-1-

1.    An unredacted version of Plaintiff's Motion and Exhibits A, B, C, F, G, H, I, J, K, L, M, O, S, T, U, V, W, Y, Z, AA, and BB is to be filed under seal; and

2.    Plaintiffs shall file a redacted version of the aforementioned documents on the public docket, in accordance with Local Rule 79-5.2.2(c).

IT IS SO ORDERED.


Dated:                                    _____
                                          HONORABLE JOSEPHINE L. STATON
                                          United States District Judge

-2-