# DENIED
# BY ORDER OF THE COURT

Plaintiffs applied to lodge certain documents under seal pursuant to Local Rule 79-5.2.2(b) (Doc. 117), but Defendant has failed to file any declaration within four days of Plaintiffs' application showing good cause to seal the relevant documents.  Accordingly, Plaintiffs' application is denied, and Plaintiffs may file the relevant documents publicly no earlier than 4 days, and no later than 10 days of the date of this Order.

**FILED**
CLERK, U.S. DISTRICT COURT

03/16/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KD_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOHN MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust; and CALLENE MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust,

Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY, an Indiana company,

Defendant.

Case No. 2:25-cv-03899-JLS-AJR

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Hearing Date:        April 10, 2026

Hon. Josephine L. Staton

On March 9, 2026, Plaintiffs filed an Application to File Under Seal ("Application").

The Court, having considered Plaintiff's Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

    1.    An unredacted version of Plaintiff's Motion and Exhibits B and D is to be filed under seal; and

    2.    Plaintiffs shall file a redacted version of the aforementioned documents on the public docket, in accordance with Local Rule 79-5.2.2(c).

IT IS SO ORDERED.

Dated: _____

                           _____
                           HONORABLE JOSEPHINE L. STATON
                           United States District Judge