JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust, and CALLENE MOMTAZEE, individually and as Trustee of the Momtazee Revocable Trust,

Plaintiffs,

v.

FEDERAL INSURANCE COMPANY, a corporation,

Defendant.

Case No. 2:25-cv-03899-JLS-AJR

**JUDGMENT**

Plaintiffs John and Callene Momtazee, individually and as trustees of the Momtazee Revocable Trust ("Plaintiffs"), and Defendant Federal Insurance Company ("Defendant") filed cross-motions for summary judgment. (*See* Pltf. MSJ, Doc. 187; Pltf. MSJ Mem., Doc. 226; Def. MSJ, Doc. 224.) The Court, having issued its Order (1) Granting Defendant's Motion for Summary Judgment; (2) Denying Plaintiffs' Motion for Partial Summary Judgment; and (3) Denying as Moot *Daubert* Motions (Doc. 288), now enters Judgment as follows:

1. Judgment shall be and hereby is entered in favor of Defendant and against Plaintiffs on each and every cause of action in Plaintiffs' Second Amended Complaint.

2. Plaintiffs shall take and recover nothing by way of the above-captioned action against Defendant.

3. Defendant shall recover its allowable costs in an amount to be determined upon appropriate showing.

Dated: October 21, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE